## NOTICE OF CLAIM-DISCLOSURE REQUEST-HOLD LETTER

From:  Yoel Weisshaus
       235 Milford Avenue 2E
       New Milford, NJ 07646

To:    Port Authority of New York and New Jersey
       150 Greenwich Street
       New York, NY 10007

To Whom This May Concern,

PLEASE TAKE NOTICE, that Yoel Weisshaus has a claim against the Port Authority of New York and New Jersey and two of its employees, who are police officers and their identities are currently unknown to him. On January 16, 2019 at about 11:15 a.m., the aforementioned officers fabricated a charge falsely accusing Yoel Weisshaus of driving 55 MPH in a 25 MPH construction zone. The false charge was issued in the form of a complaint-summons No. 091-C-227717 to be answered in the Bayonne Municipal Court. At all relevant times, Yoel Weisshaus was following the speed limit and there was no probable cause to prosecute him. Upon information and belief, the two police officers brought the charge against Yoel Weisshaus to meet their quota in issuing summonses, in retaliation to Yoel Weisshaus's activism against the toll prices imposed by the Port Authority, and/or in ill an effort to have the driver's license of Yoel Weisshaus suspended. The basis for this belief is from statements the Port Authority of New York and New Jersey has made against Yoel Weisshaus.

Yoel Weisshaus was forced to take time off from work, appear at the municipal court at four different occasions, and despite demanding discovery, the Port Authority and its two employees failed to substantiate their false charge and caused substantial damages. On April 16, 2019, the Bayonne Municipal Court entered an order dismissing the false charge. The damages caused to Yoel Weisshaus are $2,500 in the representation by Christopher L. Patella; $920 in loss of employment for the four court appearances; and $2.50 parking meter costs. Yoel Weisshaus will pursue a claim for damages under any legal theory available at law to fully remedy his injury, including the legal theory of fraud, malicious prosecution, and due process. Yoel Weisshaus will also pursue a demand for punitive damages and exemplary damages, as the fabrication of false charges undermines the integrity of policing.

PLEASE TAKE NOTICE, pursuant to CPLR 1024 and N.J. Ct. R. R. 4:26-4 Yoel Weisshaus demands the full and complete legal names of the two police officers, employed by the Port Authority of New York and New Jersey, who participated in the fabrication and issuing of the complaint-summons No. 091-C-227717.

PLEASE TAKE NOTICE and provide a copy of this notice of claim for anticipated litigation as a "hold letter" to any persons in the best positioned to implement a document hold with respect to the retention of paper files (i.e. personal notes, documents, data reports, etc.) and electronic evidence (i.e. Call recordings, communications with the dispatcher, video footage, text messages etc.) and to suspended the destruction of such evidence pending the judicial

determination of the aforementioned claims, including appellate review. Similarly, to the extent that the Port Authority of New York and New jersey employs any IT person or company to run and maintain the computer and other technology systems, please provide such IT person or company with a copy of this litigation hold letter as they—together with the custodians of potentially relevant evidence—to implement the hold (particularly in terms of any backup or deletion policies that need to be suspended, as described more fully herein). In particular, you must retain the following documents without exception:

o   Any and all evidence that related to the incident alleged in the summons No. 091-C-227717, including inculpatory and exculpatory evidence;

o   Speed and traffic log from EZ-Pass for the Bayonne Bridge for January 16, 2019 on the hour of 11:00 a.m. through 11:30 a.m.;

o   Footage of the surveillance of the entire Bayonne Bridge for January 16, 2019 on the hour of 11:00 a.m. through 11:30 a.m.;

o   Video footage reordered by the portal car for January 16, 2019 on the hour of 11:00 a.m. through 11:30 a.m.;

o   The GPS log of the officers' portal car for January 16, 2019 on the hour of 10:00 a.m. through 11:30 a.m.;

o   The names of the officers involved in the underlying summons No. 091-C-227717;

o   The recording of the communication between the officers and the Dispatching unit such as the Computer Automated Dispatch reports and copies of dispatch tapes, video, and audio recordings in DVD or CD-Rom format, of MVR including copies of 911 or other recorded calls for January 16, 2019 on the hour of 10:00 a.m. through 11:45 a.m.;

o   Rough/Field Notes of the incident;

o   The log of the speed measuring device employed on January 16, 2019 on the hour of 10:00 a.m. through 11:30 a.m. including the radar and antenna certifications before and after the traffic stop;

o   The name and model of the speed measuring device that was employed on January 16, 2019 on the hour of 10:00 a.m. through 11:30 p.m.;

o   The officer(s) certification(s) to operate such speed measuring device on January 16, 2019 on the hour of 10:00 a.m. through 11:30 a.m.;

o   The reports of the officer tuning fork and certification of the speed measuring device conducted before and after the traffic stop;

o   Speedometer test charts employed by the officers on January 16, 2019 on the hour of 10:00 a.m. through 11:30 a.m.;

o    Any records that the Port Authority possess regarding Yoel Weisshaus, including but not limited to a record of his driving record, insurance surcharge bills, and certified mailing lists;

o    The complete history of the officer(s) training on the speed measuring device, where he was trained and by whom he was trained;

o    The training manuals from the manufacturer of the speed measuring device unit including: Operating manuals and training manuals for the State of New Jersey and operating and the procedure for the speed measuring device;

The officer(s) log book showing what tickets were issued the day of the violation by him/her;

o    With regards to the speed measuring device used on January 16, 2019, the maintenance and repair history of the speed measuring device for the last 12 months;

o    A copy of the engineering and speed study used to set the speed limit; and

o    Resolutions authorizing the placement of traffic control devices and setting of speed limits so by adoption of the Board for January 16, 2019 on the hour of 10:00 a.m. through 11:30 a.m.

## Verification

I, Yoel Weisshaus verify that I conducted a reasonable inquiry into the facts and laws stated in the foregoing pleading, and certify in good faith that under the circumstances:

1. The factual allegations stated in the foregoing pleading related to myself are true to the best of my knowledge.

2. The factual allegations stated in the foregoing pleading related to the respondents are made to the best of my knowledge by familiarity of the facts and statements the respondent and/or its agents made available to the public and me, while reserving the right to verify its veracity or dispute them.

Dated: New Milford, NJ

June 7, 2019

Respectfully submitted

Yoel Weisshaus

Affirmed before me:

EUGENE M. LYNCH, ESQ.
Notary Public, State of New York
Reg. No. 02LY6359090
Qualified in Queens County
Commission Expires 05/22/2021

6/7/209

Page 3

Documents enclosed:

1. Summons
2. Retained of Christopher L. Patella,
3. Discovery request
4. Notice date 1-22-2019
5. Notice date 2-5-2019
6. Notice date 2-27-2019
7. Notice date 3-6-2019
8. Notice date 3-19-2019
9. Certified Dismissal

## 1. PAYMENT AND GUILTY PLEA

To plead guilty and pay the penalty, if the check box "Court Appearance Required" has not been checked on the reverse side and the offense is payable without the necessity of a court appearance. The more frequently charged payable offenses and penalties are listed below. You may also either sign on to www.njmcdirect.com to determine if the offense is payable and the amount of the penalty or telephone the court. If you wish to pay the penalty, bring or mail this ticket, together with payment in the amount of the penalty, to the court at the address indicated below prior to the court date displayed on the front of this ticket.

Payments by mail are to be by check or money order made payable to this Municipal Court. **Do not send cash. Please print the ticket number on the front of the check or money order.** If payment is received by the court after your court date, you may be assessed additional penalties. A receipt will be sent to you only if your payment is accompanied by a self-addressed, stamped envelope.

> **To make payment via the Internet or for more information, log on to:**
> # www.njmcdirect.com

## 2. OFFENSE IS NOT PAYABLE OR COURT APPEARANCE REQUIRED

If the offense charged on the reverse is not payable, or if "Court Appearance Required" (see check box on reverse side) is checked, you **must appear** in court at the time and place indicated, **even if you wish to plead guilty.**

## 3. PLEA OF NOT GUILTY

If you wish to plead not guilty, you must notify the court at the address and telephone number as shown below at least 7 days prior to the court date listed on the front of this ticket. If you fail to notify the court, it may be necessary for you to make additional court appearances.

### NOTICE

IF YOU FAIL TO APPEAR IN RESPONSE TO THIS SUMMONS OR TO PAY THE PRESCRIBED PENALTY, ADDITIONAL PENALTIES MAY RESULT, A WARRANT MAY BE ISSUED FOR YOUR ARREST AND YOUR DRIVING PRIVILEGES IN NEW JERSEY MAY BE REVOKED. IF THIS IS A PARKING TICKET, YOUR FAILURE TO APPEAR OR PAY THE PRESCRIBED PENALTY SHALL BE CONSIDERED AN ADMISSION OF LIABILITY AND A DEFAULT JUDGMENT MAY BE ENTERED AGAINST THE OWNER OF THE VEHICLE.

EXCEPT FOR A PARKING TICKET, A RECORD OF THIS CONVICTION WILL BE SENT TO THE MOTOR VEHICLE COMMISSION (MVC) THAT ISSUED YOUR LICENSE. EFFECTIVE SEPTEMBER 30, 2005, IF YOU HOLD A COMMERCIAL DRIVER'S LICENSE AND YOU ARE CONVICTED OF TWO OR MORE SERIOUS TRAFFIC VIOLATIONS, THE MVC MAY, DEPENDING ON YOUR RECORD, SUSPEND YOUR COMMERCIAL DRIVING PRIVILEGES *EVEN IF THE VIOLATIONS WERE COMMITTED IN A NON-COMMERCIAL MOTOR VEHICLE.* FOR MORE INFORMATION, VISIT THE OFFICIAL MVC WEB SITE AT WWW.NJMVC.GOV.

| Send payment to: | **Bayonne Municipal Court**<br>630 Avenue C, Bayonne, NJ 07002<br>(201) 858-6934    (201) 858-6935<br>(201) 858-6936    (201) 858-6937 | **Hours of operation:**<br>**Mon. thru Fri.**<br>8:30 AM-4:30 PM<br>Evenings-Tues 5 PM - 7:30 PM<br>First & Third Monday 5 PM - 7 PM |
| --- | --- | --- |

### PENALTIES FOR COMMONLY CHARGED OFFENSES

| Title 39 | Offense | Payable Amount | Title 39 | Offense | Payable Amount |
| --- | --- | --- | --- | --- | --- |
| 3-4 | Unregistered vehicle | $54.00 | 4-124 | Failure to turn | $85.00 |
| 3-29 | Failure to exhibit D.L. or Reg.* | $180.00 | 4-144 | Failure to stop or yield | $85.00 |
| 3-33 | Unclear Plates | $54.00 | 8-1 | Failure to inspect | $130.00 |
| 3-66 | Maintenance of lamps | $54.00 | 8-4 | Failure to make repairs | $130.00 |
| 3-76.2f | Failure to wear seatbelt | $46.00 | 4-97 | Careless driving | $85.00 |
| 4-81 | Failure to observe signal | $85.00 | 4-98 | Speeding-Exceeding the |  |
| 4-85 | Improper Passing | $85.00 | | speed limit by: | |

**\*Excludes Failure to Exhibit Insurance ID Card**

|  |  |
| --- | --- |
| 1-9  MPH | -$85.00 |
| 10-14MPH | -$95.00 |
| 15-19MPH | -$105.00 |
| 20-24MPH | -$200.00 |

**NOTE:** If "Safe Corridor," "65 MPH Zone," or "Construction Zone" is checked on the reverse side, you must contact the court to determine the penalty because certain fines are DOUBLED in those areas.

### LOCAL SUPPLEMENTAL VIOLATIONS BUREAU SCHEDULE

| Ord. No. | Offense | Payable Amt | Ord. No. | Offense | Payable Amt. |
| --- | --- | --- | --- | --- | --- |
| 39:4-138 (a) | Intersection | $54.00 | 7-15 | Proh. Area All Times | $54.00 |
| (b) | Crosswalk | 54.00 | 7-37.1 | Handicapped Parking | 250.00 |
| (d) | Driveway | 54.00 | | | |
| (f) | Sidewalk | 54.00 | 7-13.2 | Meter | 23.00 |
| (i) | Fire Hydrant | 54.00 | 7-14 | Sweeper | 23.00 |
| (m) | Double Parking | 54.00 | 7-13.1 | Parking over 48 hrs. | 52.00 |
| 39:4-56.6 | Private Property | 58.00 | | | |

| Ord. Code # | Offense | | | | |
| --- | --- | --- | --- | --- | --- |
| | | | 7-11 | Snow Emergency | 52.00 |
| 7-16 | Proh. Area Certain Times | 54.00 | 7-19 | Angle Parking | 52.00 |
| 7-30 | Bus Stop | 54.00 | 7-18.2a2 | No Trailer Parking | 52.00 |
| 7-18.3 | Parking of Commercial Vehicle | 108.00 | 7-18.2a1 | Parking Prohibited Tractor Trailers | 58.00 |

  **PLEASE NOTIFY COURT OF DISABILITY ACCOMMODATION NEEDS**

**5901** C **227717**

**City of Bayonne**
630 Avenue C
Bayonne, NJ 07002

## COMPLAINT-SUMMONS

**YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT TO ANSWER THIS COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED:**

| Driver's Lic. No. | [Redacted] | | | | | |
|---|---|---|---|---|---|---|
| | | | Exp. Date | State | ☐ Commercial License | |

**THE UNDERSIGNED CERTIFIES THAT**

| Name | First | Initial | | Last | (Please Print) |
|---|---|---|---|---|---|

Address

| City | State | Zip Code | Telephone |
|---|---|---|---|

| Birth Date | Eyes | Sex | Weight | Height | Restrictions |
|---|---|---|---|---|---|

**DID UNLAWFULLY (PARK) (OPERATE) A**

| Make of Vehicle | Year | Body Type | Color | ☐ Commercial Vehicle |
|---|---|---|---|---|
| Lic. Plate No. | State | Exp. Date | | ☐ Omnibus ☐ Hazardous Material ☐ Out of Service |

| Offense Date | Month | Day | Year | Time Hour | AM PM |
|---|---|---|---|---|---|

| LOCATION OF OFFENSE | | Describe Location | |
|---|---|---|---|

| Municipality | County | Mun. Code (Offense) | | | | |
|---|---|---|---|---|---|---|
| **City of Bayonne** | **Hudson** | 0 | 9 | 0 | 1 | |

**AND DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE (ONE CHARGE PER COMPLAINT)**

**TRAFFIC OFFENSES - (check one) - TITLE 39:**

☐ 1 3-4 Unregistered vehicle
☐ 2 3-29 Failure to exhibit documents
  ☐ D.L. or ☐ REG. or ☐ INS
☐ 3 3-33 Unclear plates
☐ 4 3-66 Maintenance of lamps
☐ 5 3-76.2f Failure to wear seatbelt
☐ 6 4-81 Failure to observe signal

☐ 7 4-85 Improper passing
☐ 8 4-97 Careless driving
☐ 9 4-124 Failure to turn
☐ 10 4-144 Failure to stop or yield
☐ 11 8-1 Failure to inspect
☐ 12 8-4 Failure to make repairs

☑ 4-98 Speeding 52 MPH in a 25 MPH zone
**IN EXCESS OF SPEED LIMIT BY:**
☐ 1-9 MPH ☐ 10-14 MPH ☐ 15-19 MPH ☐ 20-24 MPH ☐ 25-29 MPH ☐ 30-34 MPH
☐ 65 MPH Zone ☐ Safe Corridor ☑ Construction Zone

**PENALTY SCHEDULE ON REVERSE**

**PARKING OFFENSE**

☐ Overtime Meter No. ☐ Prohibited Area ☐ Double

**OTHER TRAFFIC/PARKING OFFENSE (Describe)**

| Statute No. | Ordinance / Code No. |
|---|---|

| THE UNDERSIGNED FURTHER STATES THAT THERE ARE JUST AND REASONABLE GROUNDS TO BELIEVE THAT YOU COMMITTED THE ABOVE OFFENSE AND WILL FILE THIS COMPLAINT IN THIS COURT CHARGING YOU WITH THAT OFFENSE. | Month | Day | Year |
|---|---|---|---|

| Signature of Complaining Witness | Officer's ID. No. |
|---|---|

**NOTICE TO APPEAR**

| ☐ COURT APPEARANCE REQUIRED | COURT DATE | Month | Day | Year | Time Hour | AM PM |
|---|---|---|---|---|---|---|

☐ Accident ☐ Property Damage ☐ Personal Injury ☐ Death/Serious Bodily Injury

**CONDITIONS**
| AREA | ☑ Business | ☐ School | ☐ Residential | ☐ Rural ☐ |
|---|---|---|---|---|
| ROAD | ☐ Dry | ☐ Wet | ☐ Snow | ☐ Ice ☐ |
| TRAFFIC | ☐ Light | ☐ Medium | ☐ Heavy | |
| VISIBILITY | ☑ Clear | ☐ Rain | ☐ Snow | ☐ Fog ☐ |

| Equipment | ☐ Helicopter | ☐ Pace | ☑ Speed Measurement Device | ☐ EBTD |
|---|---|---|---|---|
| Equipment Operator's Name | | Operator ID No. | | Unit Code |

10-17-06 (rev 1/9/07) **COMPLAINT-SUMMONS**                    UTT-1

## AGREEMENT TO PROVIDE LEGAL SERVICES

**THIS AGREEMENT,** dated MARCH 5ᵗʰ, 2019, is made

**BETWEEN** the Client, Yoel Weisshaus

whose address is 235 Milford Avenue, Apt. 2E, New Milford, NJ 07646

referred to as "You,"

**AND** Christopher L. Patella, Esq.

whose address is 868 Broadway, Bayonne, New Jersey 07002

referred to as the "Law Firm."

**1. Legal Services to be provided.**  You agree that the Law Firm will represent you in the following matter.

> Re:     State of New Jersey v. Yoel Weisshaus
>           Bayonne Municipal Court

The legal work includes all necessary court appearances, research, investigation, correspondence, preparation and drafting of pleadings and other legal documents, trial preparation and related work to properly represent you in this matter.

**2. Additional Legal Services.**  If you need any other services which may or may not be related to the above matter, you and the Law Firm may make a new agreement to provide the other services.

**3. Legal Fees.**  The Law Firm will charge a flat fee of $2,500.00 for representing you regarding the above captioned matter.  This fee will be earned by the Law Firm regardless of the number of hours of legal work performed regarding your case.

**4. Costs and Expenses.**  In addition to legal fees, you must pay the following costs and expenses:

Experts' fees, court costs, accountants' fees, appraisers' fees, investigator fees, deposition costs, messenger services, photocopying charges, telephone toll calls, postage and any other necessary expenses in this matter.

The Law Firm may require that expert(s) be retained directly by you.  You would then be solely responsible to pay the expert(s).

- 2 -

**5. Your Responsibility.** You must fully cooperate with the Law Firm and provide all information relevant to the issues involved in this matter. You must also pay all bills as required by this Agreement. If you do not comply with these requirements, the Law Firm may ask the Court for permission to withdraw from representing you. The Law Firm will also withdraw at your request.

**6. No Guarantee.** The Law Firm agrees to provide conscientious, competent and diligent services and at all times will seek to achieve solutions which are just and reasonable for you. However, because of the uncertainty of legal proceedings, the interpretation and changes in the law and many unknown factors, attorneys cannot and do not warrant, predict or guarantee results of the final outcome of any case.

**7. Signatures.** You and the Law Firm have read and agree to this Agreement. The Law Firm has answered all of your questions and fully explained this Agreement to your complete satisfaction. You have been given a copy of this Agreement.

The Law Firm of
Christopher L. Patella, Esq.

By: _____

Christopher L. Patella, Esq.

Yoel Weisshaus, Client

# CHRISTOPHER L. PATELLA
## ATTORNEY AT LAW
### 868 Broadway
### Bayonne, NJ  07002
### 201.858.5755 Telephone / 201.858.8857 Facsimile

February 27, 2019

**Via Facsimile # (201) 858-0517**
Genny Michane, Court Administrator
Bayonne Municipal Court
630 Avenue C
Bayonne, NJ 07002

> Re:     State v. Yoel Weisshaus
>           Summons No(s).: 0901-C-227717

Dear Ms. Michane:

Please be advised that this office represents the interests of Yoel Weisshaus regarding the above captioned Summons(es).

Kindly allow this letter to serve as my client's formal entry of a plea of "Not Guilty" to this Summons(es).

In the interim, I am forwarding a copy of this correspondence to the Municipal Prosecutor and I ask that the Prosecutor forward to me all relevant discovery regarding this matter.

Please allow this letter to confirm that I will appear with my client as scheduled on Tuesday, March 5, 2019 at 5:00 PM.

Thank you for your cooperation in this matter.

                                        Very truly yours,

CLP/md                                  Christopher L. Patella, Esq.

cc:  Municipal Prosecutor (Via Facsimile # (201-858-0517)
        Yoel Weisshaus

BAYONNE CITY MUNICIPAL COURT
630 AVENUE "C"
MUNICIPAL BUILDING
BAYONNE            NJ 07002-

TELEPHONE - 201-858-6018

U.S. POSTAGE >> PITNEY BOWES

ZIP 07002   $ 000.47
02 4W
0000349754 JAN 23 2019

# OFFICIAL LEGAL NOTICE



Please notify
court
of any disability
accommodation
needs



YOEL         WEISSHAUS
235 MILFORD AVE 2E
NEW MILFORD      NJ 076461900

0764631849 C003



BAYONNE CITY MUNICIPAL COURT
630 AVENUE "C"
MUNICIPAL BUILDING
BAYONNE          NJ 07002-

TELEPHONE - 201-858-6918
MON - FRI 8:30AM - 4:30PM

CHANGE IN COURT DATE
**** NEW COURT DATE - 02/04/2019 09:00 AM ****
ROOM - 0001
JUDGE - FRANK T CARPENTER III
DATE OF NOTICE - 01/22/2019
NOTICE GENERATED BY - JUCXG5
DEFENDANT COPY

YOU ARE HEREBY NOTIFIED THAT THE COURT MATTER(S), LISTED BELOW,
HAS BEEN RESCHEDULED FOR 02/04/2019 (TIME/PLACE/ROOM) ABOVE.

SUMMONS #   VIOLATION DATE

C  227717      01/16/2019

VIOLATION

39:4-98 .34   YOEL

STATE VS

WEISSHAUS

BY ORDER OF THE JUDGE
FRANK  T CARPENTER III

YOEL         WEISSHAUS
235 MILFORD AVE 2E
NEW MILFORD      NJ 076461900

BAYONNE CITY MUNICIPAL COURT
630 AVENUE "C"
MUNICIPAL BUILDING
BAYONNE          NJ 07002-

TELEPHONE - 201-858-6918
MON - FRI 8:30AM - 4:30PM

CHANGE IN COURT DATE
**** NEW COURT DATE - 02/28/2019 09:00 AM ****
ROOM - 0001
JUDGE - FRANK  T CARPENTER III
DATE OF NOTICE - 02/05/2019
NOTICE GENERATED BY - JUCXG5
DEFENDANT COPY

YOU ARE HEREBY NOTIFIED THAT THE COURT MATTER(S), LISTED BELOW,
HAS BEEN RESCHEDULED FOR 02/28/2019 (TIME/PLACE/ROOM) ABOVE.

SUMMONS #   VIOLATION DATE        VIOLATION            STATE VS -

  C  227717    01/16/2019        39:4-98 .34   YOEL           WEISSHAUS

                                                  YOEL       WEISSHAUS
                                                  235 MILFORD AVE 2E
                                                  NEW MILFORD    NJ 076461

BY ORDER OF THE JUDGE
FRANK  T CARPENTER III

BAYONNE CITY MUNICIPAL COURT
630 AVENUE "C"
MUNICIPAL BUILDING
BAYONNE          NJ 07002-



U.S. POSTAGE >> PITNEY BOWES

ZIP 07002
02 4W          $ 000.50⁰
0000349754 FEB 06 2019

# OFFICIAL LEGAL NOTICE

 

Please notify
court
of any disability
accommodation
needs

YOEL          WEISSHAUS
235 MILFORD AVE 2E
NEW MILFORD          NJ 076461900

BAYONNE CITY MUNICIPAL COURT
630 AVENUE "C"
MUNICIPAL BUILDING
BAYONNE          NJ 07002-

U.S. POSTAGE >> PITNEY BOWES

ZIP 07002  $ 000.50⁰
02 4W
0000349754 FEB 28 2019

# OFFICIAL LEGAL NOTICE



Please notify court of any disability accommodation needs

YOEL      WEISSHAUS
235 MILFORD AVE 2E
NEW MILFORD    NJ 076461900



BAYONNE CITY MUNICIPAL COURT
630 AVENUE "C"
MUNICIPAL BUILDING
BAYONNE          NJ 07002-

TELEPHONE - 201-858-6918
MON - FRI 8:30AM - 4:30PM

CHANGE IN COURT DATE
**** NEW COURT DATE - 03/05/2019 05:00 PM ****
ROOM - 0001
JUDGE - FRANK  T CARPENTER III
DATE OF NOTICE - 02/27/2019
NOTICE GENERATED BY - JUCXG5
DEFENDANT COPY

    YOU ARE HEREBY NOTIFIED THAT THE COURT MATTER(S), LISTED BELOW,
    HAS BEEN RESCHEDULED FOR 03/05/2019 (TIME/PLACE/ROOM) ABOVE.

    SUMMONS #   VIOLATION DATE        VIOLATION           STATE VS

    C  227717    01/16/2019      39:4-98 .34   YOEL      WEISSHAUS

                                                YOEL        WEISSHAUS
                                                235 MILFORD AVE 2E
                                                NEW MILFORD      NJ 076461900

            BY ORDER OF THE JUDGE
            FRANK  T CARPENTER III

BAYONNE CITY MUNICIPAL COURT
630 AVENUE "C"
MUNICIPAL BUILDING
BAYONNE,          NJ 07002-

TELEPHONE - 201-858-6918
MON - FRI 8:30AM - 4:30PM

CHANGE IN COURT DATE
**** NEW COURT DATE - 03/19/2019 05:00 PM ****
ROOM   0001
JUDGE - FRANK  T CARPENTER III
DATE OF NOTICE - 03/06/2019
NOTICE GENERATED BY - JUCXG5
DEFENDANT COPY

YOU ARE HEREBY NOTIFIED THAT THE COURT MATTER(S) LISTED BELOW,
HAS BEEN RESCHEDULED FOR 03/19/2019 (TIME/PLACE/ROOM) ABOVE.

SUMMONS #   VIOLATION DATE     VIOLATION         STATE VS

C  227717     01/16/2019     39:4-98  34   YOEL       WEISSHAUS

BY ORDER OF THE JUDGE
FRANK  T CARPENTER III

YOEL       WEISSHAUS
235 MILFORD AVE 2E
NEW MILFORD       NJ 076461900



U.S POSTAGE PITNEY BOWES

ZIP 07002 **$ 000.50**
02 4W
0000349754 MAR 07 2019

AYONNE CITY MUNICIPAL COURT
30 AVENUE "C"
MUNICIPAL BUILDING        NJ 07002-
3AYONNE
301-858-6018

# OFFICIAL LEGAL NOTICE



Please notify
court
of any disability
accommodation
needs

YOEL        WEISSHAUS
235 MILFORD AVE 2E
NEW MILFORD        NJ 076461900

07546$1849 C003

BAYONNE CITY MUNICIPAL COURT
630 AVENUE "C"
MUNICIPAL BUILDING
BAYONNE          NJ 07002-

TELEPHONE - 201-858-6918



U.S. POSTAGE >> PITNEY BOWES

ZIP 07002 $ 000.50⁰
02 4W
0000349754 MAR 20 2019

# OFFICIAL LEGAL NOTICE



Please notify
court
of any disability
accommodation
needs

YOEL          WEISSHAUS
235 MILFORD AVE 2E
NEW MILFORD          NJ 076461900

0764651B49  C003

CHANGE IN COURT DATE

BAYONNE CITY MUNICIPAL COURT
630 AVENUE "C"
MUNICIPAL BUILDING
BAYONNE        NJ 07002-

TELEPHONE - 201-858-6918
MON - FRI 8:30AM - 4:30PM

**** NEW COURT DATE - 04/16/2019 05:00 PM ****
ROOM - 0001
JUDGE - FRANK  T CARPENTER III
DATE OF NOTICE - 03/19/2019
NOTICE GENERATED BY - JUCXG5
DEFENDANT COPY

YOU ARE HEREBY NOTIFIED THAT THE COURT MATTER(S), LISTED BELOW,
HAS BEEN RESCHEDULED FOR 04/16/2019 (TIME/PLACE/ROOM) ABOVE.

SUMMONS #   VIOLATION DATE        VIOLATION        STATE VS

C  227717     01/16/2019        39:4-98  34   YOEL      WEISSHAUS

[Redacted]

                                          YOEL      WEISSHAUS
                                          235 MILFORD AVE 2E
                                          NEW MILFORD      NJ 076461900

        BY ORDER OF THE JUDGE
        FRANK   T CARPENTER III

# Bayonne Municipal Court



GENNY MICHANE
Certified Municipal Court Administrator

630  AVENUE C
BAYONNE, NJ 07002
(201) 858-6990 PHONE
(201) 858-0517 FAX

9816-NJ

THIS IS TO CERTIFY THAT THE FOLLOWING IS A TRUE AND ACCURATE COPY OF
THE OFFICIAL RECORDS OF THE MUNICIPAL COURT OF BAYONNE NEW JERSEY.

DEFENDANT: Yoel Weisshaus

ADDRESS: 235 Milford Avenue

New Milford, NJ 07646

OFFENSE: C227717

39:4-98  55 in a 25

Speeding

DATE OF OFFENSE: 1/16/19

DATE OF HEARING: 4/16/19

DISPOSITION: Dismissed

JUDGE: Frank T. Carpenter III

WITNESSED BY MY HAND AND SEAL OF THE MUNICIPAL COURT OF
BAYONNE NEW JERSEY, THIS 17th DAY OF April , 20 19 .

CLERK TO  THE JUDGE
MUNICIPAL COURT
BAYONNE, NEW JERSEY





7017 0892 0000 8788 5111

(70172680000087885111)
Return              1          $2.80
Receipt

(@@USPS Return Receipt #)
(9590940251299092509856)

Total                          $7.90

Cash                           $8.00
Change                       ($0.10)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5110-0074-003-00022-12648-02

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS