# EXHIBIT B

| | | |
|---|---|---|
| | | Jersey. (Miller, Kathleen) (Entered: 10/15/2021) |
| 10/18/2021 | 26 | REPLY to Response to Motion re 25 Letter MOTION for Extension of Time to File *with Proposed Breifing Schedule* filed by Yoel Weisshaus. (Huebner, Levi) (Entered: 10/18/2021) |
| 10/20/2021 | | ORDER granting Plaintiff's 24 motion and Defendant Port Authority's 25 motion for extensions of time on the motion to dismiss. Plaintiff's opposition papers shall be served by 11/1/21. Defendant's reply papers shall be served by 11/17/21. The fully-briefed motion shall be filed on ECF in accordance with Individual Rule III.D (the "Bundling Rule") by 11/17/21. Plaintiff's alternative motion to terminate is denied. Ordered by Judge Eric N. Vitaliano on 10/20/2021. (Fumelli, Alexander) (Entered: 10/20/2021) |
| 11/17/2021 | 27 | MOTION to Dismiss for Failure to State a Claim by Port Authority Of New York And New Jersey. (Miller, Kathleen) (Entered: 11/17/2021) |
| 11/17/2021 | 28 | MEMORANDUM in Support re 27 MOTION to Dismiss for Failure to State a Claim filed by Port Authority Of New York And New Jersey. (Miller, Kathleen) (Entered: 11/17/2021) |
| 11/17/2021 | 29 | RESPONSE in Opposition re 27 MOTION to Dismiss for Failure to State a Claim *(AFFIRMATION in OPPOSITION)* filed by Port Authority Of New York And New Jersey. (Miller, Kathleen) (Entered: 11/17/2021) |
| 11/17/2021 | 30 | MEMORANDUM in Opposition re 27 MOTION to Dismiss for Failure to State a Claim filed by Port Authority Of New York And New Jersey. (Miller, Kathleen) (Entered: 11/17/2021) |
| 11/17/2021 | 31 | REPLY in Support re 27 MOTION to Dismiss for Failure to State a Claim filed by Port Authority Of New York And New Jersey. (Miller, Kathleen) (Entered: 11/17/2021) |
| 11/17/2021 | 32 | AFFIDAVIT of Service for Notice of Motion and Memorandum of Law In Support of Motion to Dismiss served on Levi Huebner & Associates on 9/29/2021, filed by Port Authority Of New York And New Jersey. (Miller, Kathleen) (Entered: 11/17/2021) |
| 11/17/2021 | 33 | AFFIDAVIT of Service for Reply Brief in Support of Its Motion to Dismiss served on Levi Huebner & Associates on 11/17/2021, filed by Port Authority Of New York And New Jersey. (Miller, Kathleen) (Entered: 11/17/2021) |
| 12/13/2021 | 34 | SCHEDULING ORDER: A telephonic initial conference will be held at **3:30 P.M. on 2/04/2022** before Magistrate Judge Sanket J. Bulsara. The parties are directed to call the toll-free number **877-336-1274**. The access code is **6534420**. The parties shall dial in five (5) minutes before the conference. Counsel are directed to complete the attached Rule 26(f) Report and electronically file same with the Court no later than two days before 2/04/2022. Should the parties wish to adopt a plan for discovery different from the structure in the Rule 26(f) Report, they may do so only if they file a letter explaining why such a plan is appropriate in this case. Upon receipt of this email counsel shall confirm with each other of the date and time of this telephonic initial conference. So Ordered by Magistrate Judge Sanket J. Bulsara on 12/13/2021. (Manson, Eddie) (Entered: 12/13/2021) |
| 02/01/2022 | 35 | REPORT of Rule 26(f) Planning Meeting (Huebner, Levi) (Entered: 02/01/2022) |
| 02/04/2022 | | Minute Entry for proceedings held before Magistrate Judge Sanket J. Bulsara: A telephonic-initial conference was held on 2/04/2022, all parties were present. As discussed on the record the Courts adopt the parties' proposed rule 26(f) report with the exception of the proposed settlement conference. Deadlines set based on parties' submitted joint rule 26(f) report and are as follow: Completion of all fact discovery **9/12/2022**; the last date to take the first step in dispositive motion practice shall be **10/20/2022**. An in person status conference will be held on **9/14/2022 at 11:00 A.M. in Courtroom 324N** before |