# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YOEL WEISSHAUS,

                            Plaintiff,                        **PORT AUTHORITY'S RULE 26**
                                                             **VOLUNTARY DISCLOSURE**

            — against —
THE PORT AUTHORITY OF NEW YORK                               1:21 cv 02062
AND NEW JERSEY, TWO UNKNOWN POLCE                            (ENV) (SJB)
OFFICERS,

                            Defendants.
------------------------------------------------------------------X


Defendant, The Port Authority of New York and New Jersey (the "Port Authority") for

its Rule 26 voluntary disclosure by its undersigned attorney states:

I) WITNESSES

  Sgt. Thomas Johnson is the police officer who issued the summons to plaintiff.

II) DOCUMENTS

  The ticket issued to plaintiff  Bates #1 (Exhibit A hereto).


Dated : New York, New York
          February 16, 2022


                                        Respectfully submitted,

                                        The Port Authority of New York and New Jersey
                                        Law Department
                                        *Attorney for Defendant*
                                        The Port Authority of New York and New Jersey


                                        By: _____/S/_____
                                            Kathleen Gill Miller
                                            4 World Trade Center/150 Greenwich Street
                                            24 Fl.
                                            New York, New York 10007
                                            Telephone No.: (212) 435-3434

-2-

To: Levi Huebner Esq.
    Attorney for plaintiff
    488 Empire Boulevard
    Suite 100
    Brooklyn, New York 11225
    Via email: newyorklawyer@msn.com