# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YOEL WEISSHAUS,

                             *Plaintiff,*

- against -

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, and TWO UNKNOWN OFFICERS,

                             *Defendants.*

Case: 21-2062

**DEPOSITION DEMAND**

---

TO:   Defendant THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

(collectively as "Defendant") and Counsel:

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure and in compliance with Rule 26(g)(1) and Rule 30, you are hereby notified that the undersigned will take the deposition of the Sgt. Thomas Johnson at 10:30 a.m. on the 13th day of June 2022. The deposition will be conducted remotely before a court reporter, at **Levi Huebner & Associates PC, 488 Empire Boulevard, Suite 100, Brooklyn, NY 11225**.

TIME RESERVED is seven (7) hours per designee and will be continued until its successful conclusion.

Dated: Brooklyn, New York
         May 12, 2022

                                                        Respectfully submitted,

                                                        Levi Huebner

                                                      Attorneys for Plaintiff