# EXHIBIT E

**PORT AUTHORITY NY NJ**
**AIR LAND RAIL SEA**

June 23, 2022

**Via Federal Express**

Levi Huebner, Esq.
Levi Huebner & Associates, PC
488 Empire Boulevard, Suite 100
Brooklyn, New York 11225

      *Re: Weisshaus v. The Port Authority of New York and New Jersey, et al.*
         *1:21 cv 2062 (ENV) (SJB)*

Dear Mr. Huebner:

    As you know, the deposition of Sgt. Johnson which you noticed for June 13 had to be adjourned due to his having contracted Covid. I have sent you three emails attempting to reschedule his deposition before he retires on July 14. His deposition needs to be scheduled on a day when he is scheduled to work unless you are willing to pay him overtime to come in on an RDO.

    He is working the 2-10 tour on June 29, July 5, 6 and 8th. He is working the 6-2 tour on June 27, 28 and July 12. We can change his tour from morning to afternoon or the other way around if we have 6-days notice. Any changes on less than 6-days notice incur a penalty fee under the union contract and plaintiff would have to pay that fee in advance.

    The Port Authority as the only named defendant has the right to produce a witness designated by it, but we are willing to produce Sgt. Johnson since he issued the speeding ticket to Yoel Weisshaus, provided you proceed with his deposition during his employment. Sgt. Johnson resides in New Jersey, but he is available for remote deposition without any additional cost to the plaintiff.

    Please let me know how you wish to proceed without delay.

                             Very truly yours,

                             /S/

                           Kathleen Gill Miller

KGM:kc