# EXHIBIT F

1                                                              1

2        UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK
3        --------------------------X

4        YOEL WEISSHAUS,

5                        Plaintiff,
                                          Case No.
6               -against-                 11-cv-6616-RKE

7        THE PORT AUTHORITY OF NEW YORK
         AND NEW JERSEY,
8
                        Defendant.
9
         --------------------------X
10                                        July 7, 2022
                                          9:45 a.m.
11

12

13

14              Videoconference deposition of SERGEANT

15       THOMAS JOHNSON, taken by Plaintiff, pursuant

16       to Notice, reported remotely by Patrick M.

17       DeGiorgio, a Shorthand Reporter and Notary

18       Public of the State of New York.

19

20

21

22

23

24

25

PA LAW DEPARTMENT
564635

2

REMOTE APPEARANCES:


LEVI HUEBNER & ASSOCIATES, P.C.

     Attorneys for Plaintiff

     488 Empire Boulevard

     Suite 100

     Brooklyn, New York 11225

BY:  LEVI HUEBNER, ESQ.

     newyorklawyer@msn.com


THE PORT AUTHORITY OF NY/NJ LAW DEPARTMENT

     Attorneys for Defendant, The Port

     Authority of New York and New Jersey

     4 World Trade Center

     150 Greenwich Street

     24th Floor

     New York, New York 10007

BY:  KATHLEEN GILL MILLER, ESQ.

     kmiller@panynj.gov.com


PRESENT:

YOEL WEISSHAUS

3

STIPULATIONS


        IT IS HEREBY STIPULATED AND AGREED by
and between counsel for the respective
parties hereto, that all objections, except
as to form, are reserved to the time of
trial.
        IT IS FURTHER STIPULATED AND AGREED
that the deposition may be signed and sworn
to before any officer authorized to
administer an oath.
        IT IS FURTHER STIPULATED AND AGREED
that the sealing and filing of the
deposition be waived.

```
1                          Johnson                    8
2              hard copy and a mini.
3                     (Off the record)
4       SERGEANT THOMAS JOHNSON,
5              the witness herein, testifying on
6              behalf of the Defendant, having been
7              first duly sworn by Patrick M.
8              DeGiorgio, a Notary Public within and
9              for the State of New York, was examined
10             and testified as follows:
11      EXAMINATION
12      BY MR. HUEBNER:
13             Q.    What is your full name for the
14      record?
15             A.    Thomas Johnson.
16             Q.    What is your work address?
17             A.    Port Authority, 2777 Goethals
18      Road North, Staten Island, New York 10303.
19             Q.    Good morning.
20             A.    Good morning.
21             Q.    My name is Levi Huebner.  I'm
22      counsel for the plaintiff in this case, Mr.
23      Yoel Weisshaus.  I'm going to be asking you
24      some questions.  Please be reminded that
25      the answers must be verbal, not physical
```

```
1                        Johnson                    9

2        with a nod of the head or the hand because

3        the court reporter cannot take down a nod

4        or nonverbal response.  Do you understand?

5             A.     Yeah, I know.  I've been to court

6        before.

7             Q.     Have you ever been deposed

8        before?

9             A.     Yes.

10            Q.     Thank you for letting me know

11       that.  So how long have you been with the

12       Port Authority?

13            A.     29 years.

14            Q.     And your status now is a

15       sergeant?

16            A.     Yes.

17            Q.     And I understand you are leaving

18       the Port Authority soon; correct?

19            A.     Correct.

20            Q.     And why is that?

21            A.     Because I'm going to retire.

22            Q.     Okay.  Is there any particular

23       reason that you are going to retire?

24            A.     No.

25            Q.     And now I'd like to know so
```

Johnson 31

2  down and look at something.

3      A.    Yeah, I looked at the summons.

4      Q.    Before you look at something,

5  answer the question and if you don't recall

6  then say I don't recall and you have to

7  look at something so you get permission.

8      A.    Okay.

9      Q.    Do you remember the location

10  where you pulled over Mr. Weisshaus?

11      A.    On 440 southbound in Bayonne.

12      Q.    On 440 southbound in Bayonne, how

13  -- what's the range -- what's the distance

14  of 440 southbound, when does it begin and

15  when does it end?

16      A.    440 runs the entire length of

17  Bayonne.

18      Q.    And so where -- which direction

19  was Mr. Weisshaus traveling on that day?

20      A.    Southbound.

21      Q.    So he was coming from a northerly

22  direction?

23      A.    Yes.

24      Q.    And so at the northern-most point

25  the 440, where does 440 start?

Johnson                                         32

1
2          A.      In Jersey City.
3          Q.      And where does the 440 end?
4          A.      At the Bayonne Bridge and then it
5     goes over into New York.
6          Q.      When you say "at the Bayonne
7     Bridge," the 440 ends at the Bayonne Bridge
8     or the Port Authority's jurisdiction ends
9     at the Bayonne Bridge?
10         A.      Port Authority has jurisdiction
11    in two states on every roadway.
12         Q.      So where does -- does the Port
13    Authority have the jurisdiction at the
14    beginning of 440?
15         A.      We have jurisdiction in New York
16    and New Jersey on all of the roadways.  We
17    are police officers in the two states.
18         Q.      You are a police officer in two
19    states?
20         A.      Yes.
21         Q.      What two states are those?
22         A.      New York and New Jersey.
23         Q.      And so from the beginning of the
24    440 it begins at what, you say where, in
25    Jersey City?

```
                          Johnson                  33

 1

 2        A.      Uh-huh.

 3        Q.      And it ends in New York?

 4        A.      It goes over into New York, yes,

 5   because part of the West Shore Highway is

 6   considered 440 as well.

 7        Q.      From the beginning of Jersey City

 8   until the end of the 440, do you know what

 9   location on the 440 you pulled over Mr.

10   Weisshaus?

11        A.      Yes.  Just before the Bayonne

12   Bridge.

13        Q.      And when you say "just before the

14   Bayonne Bridge," do you know how many feet

15   before the Bayonne Bridge that was?

16        A.      No.

17        Q.      Do you know how many miles before

18   the Bayonne Bridge that was?

19        A.      No.

20        Q.      It could have been a mile?

21        A.      No.  It was much less than a

22   mile.

23        Q.      When you say "much less than a

24   mile," how much less than a mile was it?

25        A.      It could be anywhere from, I
```

Johnson                              34

1

2      don't know, a hundred yards to 500 yards

3      depending on where he stopped.  I made a

4      lot of traffic stops in that area during

5      that time.

6          Q.    You made a lot of traffic stops

7      in that area?

8          A.    Yes.

9          Q.    On that same day?

10         A.    On that day and many days before

11     and after.

12         Q.    Let's talk about that day,

13     January 16th, 2019.

14         A.    Uh-huh.

15         Q.    Do you remember what day of the

16     week that was?

17         A.    No.

18         Q.    And when you say you made many

19     other stops, what day --

20              MR. HUEBNER:  Strike that.

21         Q.    When you say you made many other

22     stops, what was the purpose of the stops?

23         A.    Motor vehicle violations.

24         Q.    Do you know how many motor

25     vehicle violation stops you made on January

```
 1                    Johnson                  41

 2          A.    From there to the bridge it was.

 3          Q.    And was there a sign posted that

 4    makes it a construction zone?

 5          A.    There's multiple signs.

 6          Q.    And where were those signs

 7    located?

 8          A.    All along the 440 as well as a

 9    sign board.

10          Q.    Where was the sign board located?

11          A.    At the beginning of the

12    construction zone right near 5th Avenue.

13          Q.    Did you pull over --

14          MR. HUEBNER:  Strike that.

15          Q.    When you pulled over Mr.

16    Weisshaus' vehicle, where was it that you

17    pulled over his vehicle?

18          A.    Just before the Bayonne Bridge.

19          Q.    Before you pulled him over, how

20    far away was his vehicle from your vehicle?

21          A.    I don't recall.

22          Q.    More than 10 feet?

23          A.    I'm sure it was more than 10

24    feet.

25          Q.    Okay.
```

```
 1                    Johnson            42
 2          A.    10 feet he's literally one car
 3     behind me.
 4          Q.    20 feet?
 5          A.    I couldn't give you an exact
 6     answer.
 7          Q.    30 feet?
 8          A.    Like I just said, I can't give
 9     you an exact answer.  I don't recall how
10     far back he was when he was hit by the
11     radar.
12          Q.    I didn't ask you when he was hit
13     by the radar.  I asked you after he was hit
14     by the radar when did you see his vehicle?
15          A.    As soon as the radar hit I'm
16     looking at the traffic and that's the car
17     I'm looking at.  The radar is only going to
18     pick up the car that the radar is hitting.
19     That's the only car in the lane.
20          Q.    What was the time when the radar
21     hit until when you pulled over Mr.
22     Weisshaus?
23          A.    Probably 10 to 15 seconds.
24          Q.    How did you pull him over?
25          A.    I pulled out, activated my
```

```
1                        Johnson              43
2       lights, I got behind him and I pulled him
3       over into the closed lane.
4              Q.    He passed you and then you pulled
5       behind him?
6              A.    Yes.
7              Q.    And before his vehicle stopped,
8       how far was that from the location where
9       you pulled him over?
10             A.    Probably about 50 to a hundred
11      yards.
12             Q.    50 to a hundred yards?
13             A.    Yes.
14             Q.    Did you pull him over before the
15      Bayonne Bridge or did you pull him over on
16      the Bayonne Bridge?
17             A.    Like I said a couple times
18      already, right before the Bayonne Bridge in
19      the closed lane.
20             Q.    You pulled him over, is that what
21      you are testifying?
22             A.    I don't understand the question.
23             Q.    You said you pulled him over
24      right before the Bayonne Bridge?
25             A.    Yes.  I said that three times.
```

```
 1                     Johnson              44
 2            Q.    And that's where he stopped his
 3       vehicle?
 4            A.    Yes.
 5            Q.    And you were right behind him?
 6            A.    Yes.
 7            Q.    And before the Bayonne Bridge, is
 8       there a cross street?
 9            A.    No.
10            Q.    That was one lane at that time?
11            A.    Yes.
12            Q.    When you pulled him over was your
13       vehicle and his vehicle blocking the one
14       lane?
15            A.    No.  I pulled him into the closed
16       lane like I said.
17            Q.    Okay.
18            A.    For his safety and my safety we
19       don't block up a lane.
20            Q.    Where was the closed lane
21       located, on the right or on the left?
22            A.    On the right like I said before.
23            Q.    It was on the right.  Were there
24       cones on the right?
25            A.    There were cones blocking off the
```

```
1                      Johnson                    45
2      right lane.
3              Q.     How --
4              A.     In that shoulder.
5              Q.     How did his vehicle get --
6              A.     Because they were open enough so
7      I could get my vehicle --
8              Q.     Please let me finish my question.
9              A.     Of course.
10             Q.     When you pulled over his vehicle
11     and there were cones blocking the right
12     lane, how could his vehicle get into the
13     right lane?
14             A.     Like I was just saying, he pulled
15     in between the cones.  The cones are
16     staggered.  It's not one gigantic wall of
17     cones.  He was able to get his car in
18     between the cones just like I was able to
19     pull out from the cones.
20             Q.     When you pulled over Mr.
21     Weisshaus, did you have a conversation with
22     him?
23             A.     The only thing I do for every
24     motor vehicle stop I announce who I am, I
25     asked for his license, registration and
```

Johnson 46

```
1
2    insurance.
3        Q.    And did you ask him any
4    questions?
5        A.    I don't recall.
6        Q.    And did Mr. Weisshaus say
7    anything to you?
8        A.    He said several things.  I don't
9    remember anything he said, but all I know
10   is the one note that I had on the back of
11   my summons when I reviewed it.
12       Q.    I didn't ask you anything about a
13   note.  Did he say anything?
14       A.    The only thing written on my
15   notes was that he was rude.
16       Q.    So you don't remember him saying
17   anything?
18       A.    I don't remember anything about
19   the stop.
20       Q.    You don't remember anything about
21   the stop?
22       A.    Just like said, I'm going on what
23   I do for many, many motor vehicle stops out
24   there.
25       Q.    Do you remember what Mr.
```

```
 1                    Johnson               47
 2      Weisshaus looked like at the time that you
 3      pulled him over?
 4           A.    Nope.
 5           Q.    Do you remember what he was
 6      wearing?
 7           A.    No.
 8           Q.    Do you remember his race or
 9      ethnicity?
10           A.    Nope.
11           Q.    Do you remember if he was a male
12      or female?
13           A.    He was a male.
14           Q.    In appearance?
15           A.    He was a male.
16           Q.    How do you know that he was a
17      male?
18           A.    Well, he looked like a male, it
19      says male on his driver's license.
20           Q.    What was it about him that he
21      looked like a male?
22           A.    Sir, he looked like a male.  I
23      just told you I don't remember what he
24      looked like.  He was a male.
25           Q.    So you really don't remember if
```

1

2    he looked like a male or not, you are just

3    going by what the driver's license said?

4         A.    I'm going by what my summons

5    said.  If he looks like a male and it says

6    male on his driver's license I put male.

7         Q.    But you don't remember what he

8    looked like?

9         A.    No.  I just told you that.  I

10   don't remember what he looked like.

11        Q.    You don't remember how many

12   tickets you wrote that day, do you?

13        A.    No.

14        Q.    Do you know if you wrote more

15   than one ticket?

16        A.    I don't know.

17        Q.    So you might -- Mr. Weisshaus

18   might have been the only ticket you wrote

19   that day?

20        A.    It's possible.

21        Q.    Do you have a record of tickets

22   that you wrote that day?

23        A.    I'm sure there's one somewhere in

24   the building.  I could look at my own

25   summonses now to see if I wrote any more in

```
 1                    Johnson              49
 2      Bayonne.  I write them for many
 3      municipalities and New York as well.
 4           Q.    Does your car have a video on it?
 5           A.    No.
 6           Q.    At that point in time on January
 7      16th, 2019, did your vehicle have a video
 8      on it?
 9           A.    No.
10           Q.    Did you have a body cam?
11           A.    No.
12           Q.    Do you have a body cam?
13           A.    No.
14           Q.    How about any voice recording
15      equipment?
16           A.    No.
17           Q.    Besides yourself, was anybody
18      else with you that day?
19           A.    No.
20           Q.    In order for a motorist to be
21      advised of a construction zone, is there a
22      particular manner in which the law requires
23      that the pedestrians are advised of a
24      construction zone?
25           A.    By signage.
```

```
 1                    Johnson              50
 2          Q.    If there's no signage then they
 3     wouldn't be advised of a construction zone,
 4     would they?
 5          A.    Unless you are listening to Waze
 6     or Google Maps or something.
 7          Q.    If a road had no signage of a
 8     construction zone, would you be allowed to
 9     pull over a motorist going over the limit
10     in a construction zone?
11          A.    I have no idea what you are
12     talking about.  I think you are confused.
13          Q.    If a motorist is driving on the
14     440 and the 440 says construction zone,
15     does a different speed limit apply at that
16     point in time for the regular speed limit?
17          A.    Yes.
18          Q.    What is the regular speed limit
19     on the 440?
20          A.    45.
21          Q.    And if there's signs of a
22     construction zone, what is the speed limit?
23          A.    It varies on the construction
24     zone.  That one was 25.
25          Q.    When you say "that one," can you
```