# Levi Huebner & Associates, PC

### Attorneys and Counselors at Law

488 Empire Boulevard, Suite 100
Brooklyn, NY 11225
Tel: (212) 354-5555
Fax: (718) 636-4444

email: newyorklawyer@msn.com

January 12, 2024

**Via ECF:**

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:    *Weisshaus v. Port Authority Of New York And New Jersey*
                1:21-cv-02062-ENV-SJB

Dear Judge Vitaliano:

      This firm represents the plaintiff, Yoel Weisshaus. We write proposing the following briefing schedule for summary judgment, with agreement and consent from Defendant.

      The parties' motion for summary judgment due by March 1, 2024.  Opposition due by April 1, 2024. Reply, if any, due by April 15, 2024.

      Plaintiff had proposed earlier dates, but counsel for Defendant is scheduled to be engaged with trial in the month of February, hence Plaintiff consented to foregoing dates.

      Wherefore, plaintiff requests adopting the foregoing schedule and waiving the need for a premotion conference.

                                    Respectfully submitted,

                                    / s / Levi Huebner

                                    Levi Huebner